[No. 44165-5-I.    Division One.    March 27, 2000.]

ARTHUR S. LANGLIE, *as Personal Representative,
Respondent,* v. THE MIMOSA COMPANY TRUST, ET AL.,
*Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 97-2-07246-8, Jeffrey Michael Ramsdell, J.,
entered January 21, 1999. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Kennedy, C.J., and Becker,
J.

[No. 44179-5-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST
FRANKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 97-1-07863-2, Richard A. Jones, J., entered
February 25, 1999. *Affirmed* by unpublished per curiam
opinion.

[No. 44193-1-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. T.D.F.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 97-8-03534-3, Richard M. Ishikawa, J., entered
April 28, 1999. *Affirmed* by unpublished per curiam
opinion.

[No. 44207-4-I.    Division One.    March 27, 2000.]

MARIAN SUGANO, *Appellant,* v. THE UNIVERSITY OF
WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 98-2-00128-3, Robert S. Lasnik, J., entered
January 28, 1999. *Affirmed in part* and *remanded* by un-
published opinion per Coleman, J., concurred in by
Kennedy, C.J., and Appelwick, J.